

# Robert A. Cardali & Associates, LLP

Attorneys at Law

100 Church Street, 16th Floor, New York, NY 10007
Telephone (212) 964-3855

April 4, 2005

**By hand delivery**
Honorable Roanne L. Mann
US Magistrate Judge
USDC/EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Amado Fortune, et al. v. Kenneth Richards
Docket No.: 05-CV-860 (ILG)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ MAY 2 4 2005 ★

P.M. _____
TIME A.M. _____

Dear Honorable Magistrate Mann:

Our office represents the plaintiffs in the above-entitled matter.

This matter is scheduled for an Initial Conference on April 6, 2005.

We respectfully object to ECF participation. The basis for our request is that our computer system is not equipped with Acrobat writing software, which is required for electronic filing. Since the bulk of our cases are filed in the New York State Supreme Court system, with federal practice comprising less than 1% of our practice, we do not have the need for the use of such software.

Accordingly, we respectfully request to be excluded from the electronic filing requirement

Thank you for your anticipated courtesy and attention to this matter.

Very truly yours,

ROBERT A. CARDALI & ASSOC., LLP

Yolanda R. Landa

YRL/mg
cc: Honorable I. Leo Glasser ✓
    USDC/EDNY
    225 Cadman Plaza East
    Brooklyn, NY 11201